BRYANT v. BALLANCE

No. 109 PC.

Case below: 13 N.C. App. 181.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 February 1972.


IN RE CUSTODY OF MASON

No. 118 PC.

Case below: 13 N.C. App. 334.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 February 1972.


STATE v. BEST

No. 93 PC.

Case below: 13 N.C. App. 204.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 February 1972.


STATE v. FRY

No. 38.

Case below: 13 N.C. App. 39.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 February 1972. Appeal dismissed ex mero motu for lack of substantial constitutional question 9 February 1972.


STATE v. LASSITER

No. 9 PC.

Case below: 13 N.C. App. 292.

Petition for writ of certiorari to North Carolina Court of Appeals denied 9 February 1972.